# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                    No. 4:10CR00197 JLH

NIKITA MICHELLE BELL                                                                  DEFENDANT

## ORDER

The government's motion to dismiss the indictment now pending against defendant Nikita Michelle Bell is GRANTED. Document #14. The indictment is hereby dismissed as to Nikita Michelle Bell.

IT IS SO ORDERED this 15th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE